Argued February 17; affirmed March 23, 1948

BOWLES, Administrator, O. P. A. *v.* SANDYCREST
TERRACES, A CORPORATION and FLEMING,
Administrator, Office of Temporary Controls

191 P. (2d) 380

*Roy C. Fox,* Litigation Unit Attorney, Office of
Rent Control, of Seattle, argued the cause for appel-
lant. On the brief were N. Ray Alber, Area Rent
Attorney, of Portland, John E. Hedrick, Chief, Rent
Enforcement Division, of Seattle, and E. D. Dupree,
Jr., Assistant General Counsel, Rent Control, Hugo V.
Prucha, Director, Rent Enforcement, Irving M. Gruber,
Chief, Litigation Branch, and Jacob W. Rosenthal,
Special Appellate Attorney, Office of Rent Control,
all of Washington, D. C.

*Wilber Henderson,* of Portland, argued the cause
for respondent. On the brief were Platt, Henderson,
Warner, Cram & Dickinson, of Portland.

Before Rossman, Chief Justice, Kelly, Bailey,
Brand and Hay, Justices.

BAILEY, J.

This action was commenced on the 26th day
of January, 1945, by Chester Bowles, Adminis-
trator of the Office of Price Administration, pur-
suant to § 205 (e) of the Emergency Price Con-
trol Act (56 Stat. 23) as amended (58 Stat. 632, 50
U. S. C. App. Supp. V, 901, et seq.), against Sandycrest
Terraces, a corporation, to recover statutory damages

for overceiling rents allegedly collected by defendants in violation of the applicable rent regulations.

The facts, so far as material on this appeal, and the legal questions are the same as those set forth in the Mittleman case this day decided, wherein our views on the numerous matters therein and here involved are set forth at length, with the exception that the application for the substitution of Philip B. Fleming, Administrator of the Office of Temporary Controls, as party plaintiff, in the place and stead of Chester Bowles, Administrator of the Office of Price Administration, was made on February 17, 1947. The decision in that case is controlling in this one. Therefore the judgment appealed from is affirmed.